**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27276

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Howard Price, Jr. and Sabrina Price<br>    Debtors.<br>_____<br>Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE4<br><br>    Movant,<br>vs.<br><br>Howard Price, Jr. and Sabrina Price, Debtors;<br>Russell A. Brown, Trustee.<br><br>    Respondents. | No. 2:08-bk-02408-RTB<br><br>Chapter 13<br><br>O R D E R<br><br>(Relating to docket #70) |

IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

_____
UNITED STATES BANKRUPTCY JUDGE