SO ORDERED.

Dated: October 12, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**TIFFANY & BOSCO** P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27276

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Howard Price, Jr. and Sabrina Price<br>      Debtors.<br>_____<br>Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Loan Trust 2006-HE4<br><br>      Movant,<br>  vs.<br><br>Howard Price, Jr. and Sabrina Price, Debtors; Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:08-bk-02408-RTB<br><br>Chapter 13<br><br>ORDER VACATING HEARING<br><br><br>Hearing Date: 10/20/10<br>Hearing Time: 2:30 PM |

Pursuant to Movant's Motion to Vacate Hearing and for good cause appearing;

IT IS HEREBY ORDERED that the hearing scheduled for October 20, 2010 is hereby vacated.